1  HEDIN HALL LLP                          KELLEY DRYE & WARREN LLP
   David W. Hall (SBN 274921)              Sarah E. Diamond (State Bar No. 281162)
2  Four Embarcadero Center, Suite 1400     10100 Santa Monica Boulevard, 23rd Floor
   San Francisco, California 94111         Los Angeles, CA 90067-4008
3  Telephone:    (415) 766-3534            Telephone:    (310) 712-6105
   Facsimile:    (415) 402-0058            Facsimile:    (310) 712-6199
4  dhall@hedinhall.com                     sdiamond@kelleydrye.com

5  Frank S. Hedin (SBN 291289)             Lauri A. Mazzuchetti (*pro hac vice*)
   1395 Brickell Ave., Ste 900             One Jefferson Road, 2nd Floor
6  Miami, Florida 33131                    Parsippany, NJ 07054
   Telephone:    (305) 357-2107            Telephone:    (973) 503-5910
7  Facsimile:    (305) 200-8801            Facsimile:    (973) 503-5950
   fhedin@hedinhall.com                    lmazzuchetti@kelleydrye.com
8
9  *Counsel for Plaintiffs*                *Counsel for Defendant*

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12
13  SHARON MOTLEY, individually and on      Case No. 3:18-cv-02117-JD
    behalf of all others similarly situated,
                                            Judge: Hon. James Donato
14        Plaintiff,
                                            **STIPULATION OF DISMISSAL**
15  v.                                      **WITHOUT PREJUDICE PURSUANT**
                                            **TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
16  CONTEXTLOGIC INC.,

17        Defendant.

18  MEMARY LAROCK, individually and on      Case No. 3:18-cv-07177-JD
    behalf of all others similarly situated,
19                                          Judge: Hon. James Donato
          Plaintiff,
20                                          **STIPULATION OF DISMISSAL**
                                            **WITHOUT PREJUDICE PURSUANT**
21  v.                                      **TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

22  CONTEXTLOGIC INC.,

23        Defendant.

24
25
26
27
28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE

1    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs Sharon Motley

2  and Memary LaRock and Defendant ContextLogic Inc. that the above-entitled actions be dismissed

3  without prejudice, and without costs, disbursements, or attorneys' fees to any party, pursuant to

4  Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

5  Dated:  May 31, 2019                          Respectfully submitted,

6                                                **HEDIN HALL LLP**

7                                                By: /s/ David W. Hall_____

8                                                David W. Hall (SBN 274921)
                                                 Four Embarcadero Center, Suite 1400
9                                                San Francisco, California 94111
                                                 Telephone:     (415) 766-3534
10                                               Facsimile:      (415) 402-0058
                                                 dhall@hedinhall.com
11
                                                 Frank S. Hedin (SBN 291289)
12                                               1395 Brickell Ave., Ste 900
                                                 Miami, Florida 33131
13                                               Telephone:     (305) 357-2107
                                                 Facsimile:      (305) 200-8801
14                                               fhedin@hedinhall.com

15                                               *Counsel for Plaintiffs*

16
                                                 **KELLEY DRYE & WARREN LLP**
17
                                                 By: /s/ Lauri A. Mazzuchetti_____
18
                                                 Lauri A. Mazzuchetti (*pro hac vice*)
19                                               One Jefferson Road, 2nd Floor
                                                 Parsippany, New Jersey 07054
20                                               Telephone:     (973) 503-5910
                                                 Facsimile:      (973) 503-5950
21                                               lmazzuchetti@kelleydrye.com

22                                               Sarah E. Diamond (State Bar No. 281162)
                                                 10100 Santa Monica Boulevard, 23rd Floor
23                                               Los Angeles, California 90067-4008
                                                 Telephone:     (310) 712-6105
24                                               Facsimile:      (310) 712-6199
                                                 sdiamond@kelleydrye.com
25
                                                 *Counsel for Defendant ContextLogic Inc.*
26

27

28
                                                 2

1

## <u>CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)</u>

2

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all signatories listed, and on whose behalf

3

this filing is submitted, concur in the filing's content and have authorized the filing.

4

By:    /s/ David W. Hall

5

David W. Hall

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITHOUT PREJUDICE